JAMES B. CHANIN (SBN# 76043)
JULIE M. HOUK (SBN# 114968)
LAW OFFICES OF JAMES B. CHANIN
3050 Shattuck Avenue
Berkeley, California 94705
Telephone: (510) 848-4752, Ext. 2
Facsimile:   (510) 848-5819

Attorney for Plaintiff

**Chambers Copy – Do Not File**
Judge Susan Illston
C05-01193 SI
Oliver v. City of Berkeley

**FILED**

JUL 2 8 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROOSEVELT OLIVER,

    Plaintiff,

vs.

CITY OF BERKELEY, a municipal corporation; JACK FRIEDMAN #146, SGT. REECE, 1-100, inclusive,

    Defendants.

Case No. C05-1193 SI

**STIPULATION AND PROPOSED ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE**

Current Date: 7/29/2005, 2:00 p.m.
Proposed Date: 9/16 or 9/30/05 2:00 p.m.

THE PARTIES, BY AND THROUGH THEIR RESPECTIVE COUNSEL OF RECORD, DO HEREBY STIPULATE AND AGREE THAT:

The Initial Case Management Conference, currently scheduled for July 29, 2005, at 2:00 p.m. should be continued to September 30, 2005 at 2:00 p.m.

The parties are requesting the continuance of the Initial Case Management Conference for the following reasons:

1) Counsel for the parties are attempting to resolve the matter and hope to make significant progress in that regard by September 30, 2005, and,

STIP/ORDER CONT. CMC

C05-1193 SI- 1

2) Plaintiff's counsel also requests a continuance in order to complete the deposition of a party in the case of *Murphy v. City of Oakland*, C04-3062 TEH in preparation for an upcoming settlement conference before the Honorable James Larson on August 16, 2005. Due to the limited availability of counsel and the witness, it may be otherwise difficult to reschedule the deposition in that case prior to the settlement conference. Defendants' counsel is on vacation from July 22 to August 3, 2005.

In the event that the Court is not inclined to continue the Initial Case Management Conference, Plaintiff's counsel respectfully request that he be granted leave to appear for the Initial Case Management Conference by telephone, rather than in person, so that Plaintiff's counsel may proceed with the deposition in the *Murphy* action referred to above.

IT IS SO STIPULATED:

DATED: July 22, 2005

                                    /S/
                                    JAMES B. CHANIN
                                    Attorney for Plaintiff

DATED: July 22, 2005

                                    /S/
                                    MATTHEW J. OREBIC
                                    Attorney for Defendants

PURSUANT TO THE SITPULATION OF THE PARTIES,

IT IS HEREBY ORDERED THAT the Initial Case Management Conference shall be continued to September 23, 2005, at 2:00 p.m.

Dated: 7/28, 2005

                                    SUSAN ILLSTON
                                    Judge of the United States
                                    District Court

STIP/ORDER CONT. CMC
C05-1193 SI- 2