JAMES B. CHANIN (SBN# 76043)
JULIE M. HOUK   (SBN# 114968)
Law Offices of James B. Chanin
3050 Shattuck Avenue
Berkeley, California  94705
Telephone: (510) 848-4752
Facsimile: (510) 848-5819

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROOSEVELT OLIVER, | Case No.: C05-1193 SI |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER FOR CONDITIONAL DISMISSAL IN 60 DAYS** |
| CITY OF BERKELEY, et al., | |
| Defendants. | |

Stip/Order Case No. C05-1193 SI             1

1   THE PLAINTIFF, BY AND THROUGH HIS ATTORNEY OF RECORD, JAMES B.
2   CHANIN, AND DEFENDANTS, BY AND THROUGH THEIR ATTORNEY OF RECORD,
3   MATTHEW J. OREBIC,
4   DO HEREBY STIPULATE AND AGREE THAT this entire action shall be dismissed
5   with prejudice in sixty (60) days from the date of entry of this stipulation, with each side is to
6   bear their own costs and attorney's fees, unless any party hereto advises the Court that the parties
7   have not finally and fully resolved the matter.

9   IT IS SO STIPULATED:

11  Dated: November 2, 2005                _____/S/_____
                                           JAMES B. CHANIN
12                                         Attorney for Plaintiffs

13  Dated: November 2, 2005                _____/S/_____
                                           MATTHEW J. OREBIC
14                                         Attorney for Defendants

15  IT IS SO ORDERED:

17  Dated: _____, 2005           _____
                                           SUSAN ILLSTON
18                                         JUDGE OF THE UNITED STATES
                                           DISTRICT COURT

    IT IS SO ORDERED
    Judge Susan Illston

24  Stip/Order Case No. C05-1193 SI        2